UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2010 DEC -2 PM 1:51

BY_____
DEPUTY CLERK

| | |
|---|---|
| Vu C. Kieu,<br>     Plaintiff,<br><br>     v.<br><br>Office of Detention and Removal,<br>U.S. Immigration and Customs<br>Enforcement, Andrew Pallito,<br>Peter Danles, and Vermont State<br>Parole Board,<br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 5:10-cv-127

## ORDER ADOPTING MAGISTRATE'S
## REPORT AND RECOMMENDATION

The Report and Recommendation of the United States Magistrate Judge was filed on October 29, 2010. After careful review of the file and the Magistrate Judge's Report and recommendation, no objections having been filed by any party, this court hereby ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the report.

A district judge must make a *de novo* determination of those portions of a magistrate judge's report and recommendation to which an objection is made. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); *Perez-Rubio v. Wycoff*, 718 F. Supp. 217, 227 (S.D.N.Y. 1989). The district judge may "accept, reject, or modify, in whole or in part, the magistrate's proposed findings and recommendations." *Id.* When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation. *See Campbell v. United States Dist. Court*, 501 F.2d 196, 206 (9th Cir. 1974), *cert denied*, 419 U.S. 879 (1974). Here, that standard is satisfied.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 2ⁿᵈ ____ day of December, 2010.

Christina Reiss
Untied States District Court Judge